UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| NICOLAS WALTERS, and CARGOBARN, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>C.H. ROBINSON COMPANY, a Delaware corporation, BRIAN RUFFINO, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:13-cv-00758-AWI-MJS<br><br>*[Assigned to the Hon. Anthony W. Ishii]*<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE MOTION HEARING DATES AND RESET BRIEFING SCHEDULE**<br><br><br>Complaint Filed: May 21, 2013<br>Removal Filed: May 22, 2013 |

This matter having come before the Court at the request of the Parties to the above-captioned action, Plaintiffs Nicholas Walters and CargoBarn, Inc. and Defendants C.H. Robinson Company and Brian Ruffino (collectively, the "Parties"), and pursuant to the Parties' Joint Stipulation and for good cause shown, **IT IS ORDERED THAT**:

1. The hearing on Defendants' Motion to Dismiss for Improper Venue Pursuant to Rule 12(b)(3) or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1406(a), or to Stay [Docket # 15], shall be continued from July 8, 2013 until August 5, 2013, 1:30 p.m., before the Honorable Anthony W. Ishii;

2. The hearing on Defendants' Motion to Strike Pursuant to Cal. Code Civ. Proc. section 425.16 (Anti-Slapp) [Docket # 17], shall be continued from July 8, 2013 until August 5, 2013, 1:30 p.m., before the Honorable Judge Anthony W. Ishii;

3. The hearing on Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) [Docket # 18], shall be continued from July 8, 2013 until August 5, 2013, 1:30 p.m., before the Honorable Judge Anthony W. Ishii;

4. The hearing on Plaintiffs' Motion to Remand Action to State Court and Motion for Award of Attorney's Fees and Costs [Docket #20], shall be continued from July 12, 2013 (before Magistrate Judge Michael J. Seng) until August 5, 2013, 1:30 p.m., before the Honorable Judge Anthony W. Ishii;

5. The briefing schedule for the aforementioned motions shall be set as follows:

   a. Defendants' Opposition to Plaintiffs' aforementioned Motion to Remand shall be due on July 22, 2013;

   b. Defendants' Reply in support of the aforementioned Motion to Strike shall be due on July 29, 2013;

   c. Defendants' Reply in support of the aforementioned Motion to Dismiss Pursuant to Rule 12(b)(6) shall be due on July 29, 2013; and

///
///
///

     d. Plaintiffs' Reply in support of the aforementioned Motion to Remand shall be due on July 29, 2013;

  The Parties shall promptly notify the Court when the action is settled.

IT IS SO ORDERED.

Dated: July 1, 2013       _____
                 SENIOR DISTRICT JUDGE

---

2

JOINT STIPULATION TO CONTINUE MOTION HEARING DATES AND SET BRIEFING SCHEDULE