Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Plaintiffs, NICOLAS WALTERS and CARGOBARN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| NICOLAS WALTERS, CARGOBARN, INC., A California corporation,<br><br>            Plaintiffs,<br>      vs.<br><br>C.H. ROBINSON COMPANY, a Delaware corporation, BRIAN RUFFINO, and DOES 1 TO 100, INCLUSIVE,<br><br>            Defendants. | Case No. CV:1:13-00758-AWI-MJS<br><br>**ORDER ON REQUEST TO SEAL DOCUMENT** |

Based upon Plaintiffs' Request to Seal Documents - Document 9-4 – Declaration of Cameron Baird in Support of Temporary Restraining Order with exhibits;

**IT IS HEREBY ORDERED:**

Document 9-4 be sealed and re-filed with information on Page 72 being redacted.

IT IS SO ORDERED.

Dated:   August 29, 2013              _____
                                          SENIOR DISTRICT JUDGE