Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

Attorneys for Plaintiffs, NICOLAS WALTERS and CARGOBARN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| NICOLAS WALTERS, CARGOBARN, INC., A California corporation,<br><br>            Plaintiffs,<br>    vs.<br><br>C.H. ROBINSON COMPANY, a Delaware corporation, BRIAN RUFFINO, and DOES 1 TO 100, INCLUSIVE,<br><br>            Defendants. | Case No. CV:1:13-00758-AWI-MJS<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto that all claims asserted in this action are dismissed with prejudice and in their entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.

It is the intention of the parties to submit this stipulation to the United States District Court, Eastern District, asking for an order of dismissal with prejudice.

///

///

///

///

///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 5, 2013          EMERSON, COREY, SORENSEN,
                                                            CHURCH & LIBKE

                                                    By /s/ Rayma Church
                                                        Rayma Church,
                                                        Attorney for Plaintiffs, NICOLAS WALTERS
                                                        and CARGOBARN, INC.

DATED: September 5, 2013          SEYFARTH SHAW LLP

                                                    By /s/ Robert M. Milligan
                                                        Robert B. Milligan
                                                        D. Joshua Salinas
                                                        Attorneys for Defendants
                                                        C.H. ROBINSON COMPANY and
                                                        BRIAN RUFFINO

## ORDER

All claims asserted in this action, having been voluntarily stipulated for dismissal with prejudice, by all parties having appeared in the action, are dismissed, with each party to pay their own fees and costs.

IT IS SO ORDERED.

Dated:   September 6, 2013                    _____
                                                                    SENIOR DISTRICT JUDGE